**Dismissed and Memorandum Opinion filed September 9, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01048-CR

## EX PARTE ALEX PEREZ

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 773315-A**

## M E M O R A N D U M   O P I N I O N

Appellant, Alex Perez, is attempting to appeal the denial of his post-conviction application for writ of habeas corpus. The record does not contain a signed, written order denying the application. The reporter's record includes an oral ruling on October 31, 2013 denying the application, and the docket sheet indicates the application was denied on that date. However, docket entries may not take the place of a separate order, and a trial court's oral pronouncement is not appealable until a written order is signed. *See State v. Sanavongxay*, 407 S.W.3d 252, 258–59 (Tex. Crim. App. 2012); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex.

App.—Fort Worth 1996, no pet.) (citing *State v. Kibler*, 874 S.W.2d 330, 332 (Tex. App.—Forth Worth 1994, no pet.)).  Because there is no appealable order, we dismiss the appeal for want of jurisdiction.  *See Sanavongxay*, 407 S.W.3d at 259; *State v. Cox*, 235 S.W.3d 283, 285 (Tex. App.—Fort Worth 2007, no pet.).


/s/ John Donovan
Justice

Panel consists of Chief Justice Frost and Justices Donovan and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).